NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2008-1392, -1393, -1422

TRADING TECHNOLOGIES INTERNATIONAL, INC.,

Plaintiff-Appellant,

v.

ESPEED, INC., ECCO LLC,
ECCOWARE LTD., and ESPEED INTERNATIONAL, LTD.,

Defendants-Cross-Appellants.

Appeal from the United States District Court for the Northern District of Illinois in case no. 04-CV-5312, Senior Judge James B. Moran.

ON MOTION

Before PROST, Circuit Judge.

ORDER

GL Trade SA, GL Trade Americas, Inc., and FuturePath LLC move for leave to file a brief amicus curiae in support of the cross-appellants.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted.

FOR THE COURT

FEB  2 2009
_____
Date

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

cc:   Lora A. Moffatt, Esq.
      Paul H. Berghoff, Esq.
      George C. Lombardi, Esq.

s20

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

FEB 02 2009

JAN HORBALY
CLERK